IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM Q. ACREE | ) |
| | ) |
| v. | ) NO. 3-16-0839 |
| | ) JUDGE CAMPBELL |
| WILLIAM CHRIS WRIGHT, | ) |
|     et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation (Docket No. 7) of the Magistrate Judge, recommending that the Court grant Plaintiff's Motion for Voluntary Dismissal (Docket No. 6) and dismiss this action without prejudice. Because no Defendant has been served, entered an appearance, or filed any responsive pleading in this matter, the Court need not wait fourteen (14) days to consider this Report and Recommendation.

The Report and Recommendation is adopted and approved. Plaintiff's Motion for Voluntary Dismissal (Docket No. 6) is GRANTED, and this action is DISMISSED without prejudice. The Clerk is directed to close the file.

IT IS SO ORDERED.

                                                                                    TODD J. CAMPBELL
                                                                                    UNITED STATES DISTRICT JUDGE